PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Aja M. Easley                              Cr.: 16-00371-001
                                                                                 PACTS #: 2094532

Name of Sentencing Judicial Officer:   THE HONORABLE PETER G. SHERIDAN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/12/2017

Original Offense:   Count 1: Conspiracy To Commit Sex Trafficking Of Children By Force, Fraud, Or
                    Coercion, 18:1594(a)

Original Sentence: 72 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Sex Offender Registration, Alcohol
Treatment, Drug Treatment, Computer Monitoring Software, Gang Restriction Court Ordered, Mental
Health Treatment, No Contact with Minors, Polygraph Examination, Other Condition, Computer Search
for Monitoring Software, Gang Associate/Member, Alcohol Restrictions, Employment
Requirements/Restrictions, Other Minor No Possession of Pornographic Materials

Type of Supervision: Supervised Release                          Date Supervision Commenced: 03/12/2021

## STATUS SUMMARY

The status report is to advise the Court of the individual under supervision's progress with the following condition(s) of supervision:

Condition Number    Condition Imposed

1                   You must submit to an initial inspection by the U.S. Probation Office, and to
                    any unannounced examinations during supervision, of your computer
                    equipment. This includes, but is not limited to, personal computers, personal
                    digital assistants, entertainment consoles, cellular telephones, and/or any
                    electronic media device, which is owned or accessed by you. You must abide
                    by the standard conditions of computer monitoring. As instructed by the Court,
                    you are to submit computer equipment as described above for manual inspection
                    every 60 days for at least one year. Any dispute as to the applicability of this
                    condition will be decided by the Court.

2                   With the exception of brief, unanticipated and incidental contacts, you must not
                    associate with children under the age of 18, except for family members or
                    children in the presence of an adult who has been approved by the U.S.
                    Probation Officer. You must not obtain employment or perform volunteer work
                    which includes, as part of its job/work description, contact with minor children,
                    without the expressed approval of the U.S. Probation Office. You must not
                    maintain, within your residence or within any outside establishment within your
                    control or custody, a collection of digital images or videos, films, slides,
                    pictures, tapes, videotapes, or other form of pictorial representation whose

Prob 12A – page 2
Aja M. Easley

subject matter involves minor children of either sex and cam be deemed to be pornographic. The U.S. Probation Office will have the right of reasonable search of your person and residence, or any other establishment within your custody or control, and will, if necessary, request the assistance of other law enforcement personnel to enforce the provisions of this special condition.

U.S. Probation Officer Action:

On September 20, 2021, the Court ordered the modification of conditions in this case to add a sex offense-specific assessment and treatment condition to determine Aja Easley's level of supervision based on her specific needs and risk to the community. On November 3, 2021, Ms. Easley was assessed through psychosexual evaluation. According to the evaluation, Ms. Easley has a low risk for re-offense due to the absence of deviant sexual arousal or sexual interest in children. It was further indicated that sex offender specific treatment is not recommended for Ms. Easley at this time. Instead, the therapist recommended mental health counseling to address her significant abuse history.

After conferring with the Court, it is recommended that the computer monitoring condition is amended to include manual searches of Ms. Easley's computer equipment to include personal computers, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device, which is owned or accessed by her, every 60 days to ensure no inappropriate content is being accessed by Ms. Easley. This amendment removed the use of computer monitoring software and the cost associated with use of this software to monitor her devices.

Based on the findings of the assessment, the probation officer respectfully recommends that the restricted contact with minors condition is suspended, as the condition provides a level of restriction that is greater than necessary to achieve the purposes of supervision. Allowing the condition to be suspended permits the Court and the probation officer to employ the condition if it is determined, that Ms. Easley poses a risk to any third party.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shavaughn Chapman*

By: SHAVAUGHN M. CHAPMAN
Senior U.S. Probation Officer

/ smc

APPROVED:

*Steve Alfrey*   2/14/2022

STEVEN ALFREY           Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Aja M. Easley

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Court suspends the conditions of Restricted Contact with Minors, and amends to condition of Computer Monitoring Polygraph Examination as stated above. (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

2/16/22
_____
Date